Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARYL L. BAKER,<br><br>Defendant. | NO. MJ25-093<br><br>COMPLAINT for VIOLATIONS<br><br>Title 18, United States Code, Section 922(g)(1)<br><br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) |

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned Complainant, Mike L. Afalava, a Task Force Officer (TFO) for the Drug Enforcement Agency (DEA), being duly sworn states:

## COUNT ONE

### (Unlawful Possession of a Firearm)

On or about December 26, 2024, in King County, within the Western District of Washington, DARYL L. BAKER, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i.    *Possession of a Controlled Substance with the Intent to Distribute*, in the Superior Court of Alaska for the Kenai Peninsula Borough, under case number 3KN-18-01498CR, on or about May 3, 2021;

Complaint - 1
*United States v. Daryl L. Baker*
USAO No. 2025R00167

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ii.  *Conspiracy to Launder Monetary Instruments*, in the United States District Court for the District of Alaska, under case number 3:12-cr-00061-07-TMB, on or about December 14, 2012;

iii.  *Possession of a Controlled Substance*, in the Superior Court of Alaska for the Kenai Peninsula Borough, under case number 3KN-10-209, on or about January 12, 2011;

iv.  *Felon in Possession of a Firearm*, in the Superior Court of Alaska for the Kenai Peninsula Borough, under case number 3KN-10-209, on or about January 12, 2011;

v.  *Burglary in the First Degree*, in the Superior Court of Alaska for the Kenai Peninsula Borough, under case number case number 3KN-02-2248, on or about August 29, 2003;

vi.  *Theft in the Second Degree*, in the Superior Court of Alaska for the Kenai Peninsula Borough, under case number 3KN-02-2248, on or about August 29, 2003; and

vii.  *Vehicle Theft in the First Degree*, in the Superior Court of Alaska for the Kenai Peninsula Borough, under case number 3SW-02-119, on or about December 19, 2002.

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a *Remington RM380 .380 caliber semiautomatic pistol,* that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

### (Possession of Fentanyl with Intent to Distribute)

On or about December 26, 2024, in King County, within the Western District of Washington, DARYL L. BAKER did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a substance controlled under Title 21, United States Code.

Complaint - 2
*United States v. Daryl L. Baker*
USAO No. 2025R00167

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is further alleged that the offense involved 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl).

All in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

I, Mike Afalava, being first duly sworn on oath, depose and say:

## INTRODUCTION AND OFFICER BACKGROUND

1.      I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2.      I am a commissioned law enforcement officer with the Kent Police Department. I have over 14 years' experience in law enforcement and have worked as a narcotics detective for the last ten years. For the last 8 years, I have been cross-deputized by the DEA as a Task Force Officer (TFO) assigned to the Valley Narcotics Enforcement Team (VNET).

3.      My duties as a VNET TFO include the enforcement of state and federal criminal laws relating to the possession, trafficking, and distribution of cocaine, methamphetamine, heroin, fentanyl, psilocybin and other illicit substances. As a narcotics investigator, I have interviewed numerous drug dealers, users, and knowledgeable confidential sources about the lifestyles, appearances, and habits of drug dealers and users. I have become familiar with how narcotics traffickers smuggle, package, transport, store, and distribute narcotics, as well as how they collect, conceal, and launder drug proceeds.

4.      I have successfully completed DEA Task Force Officer School and Under Cover School. This comprehensive training included formalized instruction on physical and electronic surveillance, narcotics interdiction, drug identification and detection, street crime investigation, and firearms identification. I have also received extensive training on

Complaint - 3
*United States v. Daryl L. Baker*
USAO No. 2025R00167

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the various methods by which dangerous and illicit drugs are smuggled, transported, and distributed

5.    This Affidavit is made based upon my personal knowledge, training, experience and investigation, as well as upon information provided to me and my review of reports prepared by other law enforcement personnel.  This Affidavit is made for the purpose of establishing probable cause for this Complaint and thus does not include each and every fact known to me concerning this investigation.

## SUMMARY OF INVESTIGATION

6.    On December 26, 2024, at approximately 9:52 am, Kent Police Officer Keanu Hamilton observed an unlicensed black Audi sedan enter the parking lot of a Quality Inn Hotel located at 1711 W. Meeker Street Kent, Washington. This area is known by law enforcement as a hub for criminal activity including vehicle theft, narcotics distribution, violent crimes and weapon offenses.

7.    The Audi arrived at the hotel while Kent Police Officers were present, responding to a different narcotics-related call. Once the Audi came within view of the police cars, it immediately turned around and departed the complex. Officer Hamilton followed the vehicle, observing a driver and passenger within, and saw that the vehicle was unlicensed. As the Audi turned westbound onto Meeker Street, Officer Hamilton initiated a traffic stop by activating the emergency red and blue lights on his fully marked black and white Ford F-150.

8.    The Audi pulled into the Circle K parking lot at 1806 W. Meeker Street in Kent, Washington. Although there were numerous open parking spaces, the driver circled around the parking lot. During this time, Officer Hamilton could see the driver and passenger furtively digging around their seats. Based on his training and experience, Officer Hamilton suspected that the driver and passenger were arming themselves or hiding contraband items. The vehicle eventually pulled into a parking spot in front of the tire filling station and Officer Hamilton initiated a high-risk stop on the vehicle.

9.    Officer Hamilton instructed the driver to turn the car off, which he did. Officers then detained both the driver and the passenger. The male driver was identified

Complaint - 4
*United States v. Daryl L. Baker*
USAO No. 2025R00167

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

as Daryl L. Baker (BAKER). A database inquiry revealed that BAKER had a felony arrest warrant from Alaska for controlled substance delivery.

10.    Another officer on scene, Officer Heyne, observed a clear plastic bag hanging out of BAKER's pocket. BAKER consented to Officer Heyne removing the bag which contained approximately 10 grams of round blue pills imprinted with "M" on one side and "30" on the other. Based on my training and experience, I am aware that legitimately manufactured oxycodone pills are frequently white or blue in color and contain an "M" stamped on one side, with the number "30" stamped on the other side. I am aware that counterfeit opiate pills (known as "M-30s") containing fentanyl sold in the Western District of Washington are the same size and shape, and possess the same markings as legitimate oxycodone, but vary in color and quality. Through training and experience, I recognized the pills obtained following BAKER's arrest to be consistent in quality and appearance with counterfeit M-30s which are currently circulating in the Western District of Washington and have consistently been found to contain fentanyl in laboratory analysis.

11.    The male passenger, whose full name is known to me, was identified as C.O. Before he exited the vehicle, C.O. removed a fanny pack which he left on the passenger seat.

12.    The unlicensed vehicle operated by BAKER was a black 2006 Audi A4 sedan. Based on information obtained from the Department of Licensing, this vehicle was reported as sold on December 6, 2024, to an unnamed buyer.

13.    Officer Heyne advised BAKER of his Miranda Rights which BAKER waived. Subsequently, BAKER disclosed that he had over 400 fentanyl pills and approximately 10 ounces of rock fentanyl inside the vehicle. BAKER reported that he occasionally sells narcotics, typically offering Fentanyl for two to three dollars per pill.

14.    BAKER stated that he had a gun under his driver's seat which he had bought earlier for about $200. BAKER said he was unsure if the gun was stolen and declined to further elaborate on how he obtained the weapon. BAKER stated that he placed the gun under the seat that morning. BAKER also disclosed that he had a prior

Complaint - 5
*United States v. Daryl L. Baker*
USAO No. 2025R00167

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

felony conviction for money laundering and a couple of other offenses. A database inquiry revealed that BAKER is a multiple-time convicted felon for, at least, the following offenses (year of conviction in parenthesis): Vehicle Theft in the First Degree (2002), Burglary in the First Degree (2003), Theft in the Second Degree (2003), Controlled Substance Delivery (2011 conviction), Felon in Possession of a Firearm (2010), Conspiracy to Launder Monetary Instruments (2012), Possession with Intent to Deliver More than 1 Gram of a Controlled Substance (2021).

15.    BAKER reported that he had messages on his cellphone showing his narcotics sales. Officer Hamilton took custody of the phone as evidence of narcotics sales. He booked it into evidence at 2:22 pm as Item #15 for this case. The phone is a gray Motorola cell phone with IMEI: 351717251070318.

16.    BAKER was searched, incident to arrest, and found carrying $653 in primarily of small denomination bills. Based on my training and experience, it is common for drug dealers to carry large quantities of small denomination currency.

17.    C.O. had several warrants for his arrest from the Bremerton Police Department for assault. C.O. stated that he had just been picked up by BAKER. BAKER also stated that he had just picked up C.O. and that C.O. did not know anything about the vehicle or its contents.

### SEARCH OF BLACK AUDI

18.    Both BAKER and C.O. were released and the Audi was transported to the Kent Police Department's Secure Impound Lot for safekeeping pending a potential search warrant. Officer Hamilton applied for a search warrant for the Audi at approximately 12:20 pm. Shortly thereafter, at approximately 12:35 pm, a judge at the Kent Municipal Court approved the warrant. After confirming that the vehicle remained secured in the impound lot, Officer Hamilton and other officers executed the warrant.

19.    Officer Hamilton located the firearm under the driver's seat where BAKER said it would be. The gun was a Remington RM380 .380 caliber semi-automatic pistol (Serial Number RM006984C). Officer Hamilton ran a record check on this firearm and found that it was reported stolen on December 17, 2024 (Des Moines PD case 24-3103).

Complaint - 6
*United States v. Daryl L. Baker*
USAO No. 2025R00167

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

20. The firearm had a fully loaded magazine inserted with the chamber empty.

**_The Grocery Bag & Lockbox_**

21. In the back seat, the officers located a brown reusable grocery bag which contained a wallet with BAKER's Washington State Identification Card. The grocery bag also held an unlocked black lockbox with a "GRIP" sticker on it.

22. Inside the lockbox, officers recovered the following items:

- a large amount of a white rock substance which Officer Hamilton suspected to be fentanyl in a brick form. On January 17, 2025, the undersigned Affiant weighed, and field tested this item which weighed 215.2 grams without packaging and field-tested positive for fentanyl;

- a tin container with a large amount of white rock substance resembling the same suspected brick-form fentanyl. On January 17, 2025, the undersigned Affiant weighed, and field tested this item which weighed 36.4 grams without packaging and field-tested positive for fentanyl;

- a clear plastic bag containing a large amount of round blue pills imprinted with "M" and "30," which appeared identical to the pills found on BAKER's person at his arrest. As discussed above, these M-30s are typically counterfeit pills laced with fentanyl. On January 17, 2025, the undersigned Affiant weighed, and field tested this item which weighed 41.7 grams without packaging and field-tested positive for fentanyl; and

- a digital scale. Through my training and experience, I understand that such scales are used to weigh narcotics before distribution.

**_The Duffel Bag_**

23. The search also revealed a duffel bag located underneath the reusable grocery bag. Inside the duffle bag, officers recovered the following evidence:

- another digital scale;

Complaint - 7
*United States v. Daryl L. Baker*
USAO No. 2025R00167

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- a large number of unused clear plastic bags. Through my training and experience, I understand that such bags are used for packaging narcotics prior to distribution;

- a clear plastic bag containing a large amount of orange (imprinted with "E 401") and blue pills (imprinted with "U25"). A database inquiry revealed these pills to be Amphetamines;

- a zippered clear plastic bag with a large quantity of fungi-like substance which Officer Hamilton recognized through his training and experience as psilocybin mushrooms;

- six suboxone strips;

- a large number of unused straws. Through my training and experience, I understand that straws are used to smoke certain narcotics and that drug dealers commonly sell straws with narcotics;

- an additional clear plastic bag containing a white crystal-like substance, which Officer Hamilton recognized through his training and experience as methamphetamine; and

- a large pipe with a bulbous end which Officer Hamilton recognized through his training and experience as a "meth pipe."

### The Front Seat

24.    The green fanny pack left by C.O. was located on the passenger-side front seat. The fanny pack contained a small clear plastic bag with a small rock of the same type as the suspected fentanyl seized in the lockbox. On January 17, 2025, the undersigned Affiant weighed, and field tested this item which weighed 4.3 grams without packaging and field-tested positive for fentanyl

25.    On the front passenger floorboard, there was a black case with several white rock chunks containing suspected fentanyl.

26.    Officers also located the vehicle's title which listed BAKER as the vehicle's owner.

Complaint - 8
*United States v. Daryl L. Baker*
USAO No. 2025R00167

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## INVENTORY OF SEIZED ITEMS

27.    Officer Hamilton transported, inventoried, and weighed the contraband items seized from the vehicle at the Kent Police Department.

28.    Kent Police Department policy prevents Officer Hamilton from handling suspected controlled substances and, as such, he was unable to field test the seized items or weigh them outside of their respective packages.

29.    The clear plastic zippered bag containing suspected psilocybin mushrooms weighed 26 grams on a digital scale. The clear plastic bag containing suspected methamphetamine weighed 1.8 grams on a digital scale. The clear plastic bag containing suspected Amphetamines weighed 18.4 grams on a digital scale.

## INTERSTATE NEXUS OF FIREARM

30.    Bureau of Alcohol, Tobacco, and Firearms (ATF) Special Agent Kit Radosevich, an agent who is an expert at conducting interstate nexus reviews, has determined that the firearm referenced in Count 1 – *a Remington RM380 .380 caliber semiautomatic pistol*– is a "firearm" as defined by federal law. Special Agent Radosevich also determined that the firearm was manufactured outside of the State of Washington, and thus traveled in interstate and/or foreign commerce, in order to be received or possessed in the State of Washington.

## CRIMINAL HISTORY

31.    I have reviewed criminal history documents relating to BAKER and found that he was previously convicted of at least the following crimes punishable by a term of imprisonment exceeding one year:

i.  *Possession with Intent to Manufacture or Deliver a* Controlled *Substance of an Aggregate Weight of One Gram or More*, in the Superior Court of Alaska for the Kenai Peninsula Borough under case number 3KN-18-01498CR, on or about May 3, 2021;

ii.  *Conspiracy to Launder Monetary Instruments*, in the United States District Court for the District of Alaska, under case number 3:12-cr-00061-07-TMB, on or about December 14, 2012;

iii.  *Possession of a Controlled Substance*, in the Superior Court of Alaska for the Kenai Peninsula Borough, under case number 3KN-10-209, on or about January 12, 2011;

iv.  *Felon in Possession of a Firearm*, in the Superior Court of Alaska for the Kenai Peninsula Borough, under case number 3KN-10-209, on or about January 12, 2011;

v.  *Burglary in the First Degree*, in the Superior Court of Alaska for the Kenai Peninsula Borough, under case number case number 3KN-02-2248, on or about August 29, 2003;

vi.  *Theft in the Second Degree*, in the Superior Court of Alaska for the Kenai Peninsula Borough, under case number 3KN-02-2248, on or about August 29, 2003; and

vii.  *Vehicle Theft in the First Degree*, in the Superior Court of Alaska for the Kenai Peninsula Borough, under case number 3SW-02-119, on or about December 19, 2002.

32.  For each of the above-listed offenses, BAKER served varying terms of post-conviction imprisonment.

33.  A partial review of the judgments in BAKER's criminal history establishes that he served sentences of imprisonment greater than 1 year for, at least, the 2012 money laundering conspiracy conviction (51 months), the 2010 convictions for possession of a controlled substance and Felon in Possession of a Firearm (5 years, 2 suspended), and the 2003 conviction for Burglary in the first degree (8 years, 4 suspended).

//
//
//

Complaint - 10
*United States v. Daryl L. Baker*
USAO No. 2025R00167

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

34.    Based on the foregoing, I respectfully submit that there is probable cause to believe that BAKER committed the aforementioned offenses.

MIKE AFALAVA, Complainant
Task Force Officer
Drug Enforcement Agency

The above-named agent provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit. Based on the Complaint and Affidavit, the Court hereby finds there is probable cause to believe the Defendant committed the offense[S] set forth in the Complaint.

Dated this 24th day of February 2025.

MARY ALICE THEILER
United States Magistrate Judge

Complaint - 11
*United States v. Daryl L. Baker*
USAO No. 2025R00167

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970